IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br>KRISTEN RHIA KILGORE<br><br>               Debtor,<br><br>KRISTEN RHIA KILGORE<br><br>               Plaintiff,<br>v.<br><br>COVINGTON CREDIT OF ALABAMA, INC.,<br><br>               Defendant. | CASE NO. 17-01516-TOM<br>CHAPTER 13<br><br><br><br>AP NO. 17-00135-TOM |

## MOTION TO APPROVE COMPROMISE

Debtor Kristen Rhia Kilgore ("Debtor") respectfully moves this Court to approve the compromise and settlement of Debtor's claim against Covington Credit of Alabama, Inc. ("CCAI"). As grounds for the requested approval, Debtor respectfully states as follows:

1. On April 4, 2017, Debtor filed a Voluntary Petition under Chapter 13, Title 11, of the United States Code, identified by case number 17-01516-TOM.

2. On November 22, 2017, Debtor filed the above adversary proceeding, identified by case number 17-00135, alleging that CCAI violated provisions of 11 U.S.C. § 362.

3. CCAI denies any liability regarding the claims asserted in the adversary proceeding. However, in order to avoid the costs and uncertainty of further litigation, Debtor and CCAI (hereinafter, "the Parties") have negotiated in good faith and reached an agreement and compromise of Debtor's claims against CCAI.

4. The Parties have agreed to settle all issues in dispute without any admission of liability and for settlement purposes only. A copy of the settlement agreement is attached hereto

31029737 v1

as Exhibit "A." The Parties' agreement includes payment in the amount of $2,500.00 in exchange for dismissal, with prejudice, of Debtor's claims against CCAI.

5. Accordingly, Debtor respectfully seeks this Court's approval of the compromise and settlement which constitutes a full and final compromise and settlement of Debtor's claims against CCAI.

6. Debtor proposes to disburse the settlement proceeds of $2,500 as follows:

   a. Chapter 13 Trustee: $625.00

   b. Attorney's Fees & Expenses[1]:$1250.00

   c. Debtor: $625.00

7. The Parties further request that the adversary proceeding be dismissed with prejudice following approval by the Court of this proposed settlement.

WHEREFORE, PREMISES CONSIDERED, Debtor Kristen Rhia Kilgore respectfully requests that this Court approve the compromise and settlement of Debtor's adversary proceeding against Covington Credit of Alabama, Inc. A proposed order granting Debtor's Motion is attached hereto as Exhibit "B."

---

[1] This figure is contingent upon an Order granting the Application for Attorney's Fees and Expenses that has been or will be filed.

Dated: February 16, 2018

Respectfully Submitted,

/s  Paula C. Greenway
Paula C. Greenway
Greenway Bankruptcy Law, LLC
505 North 20th Street
Suite 1220
Birmingham, AL 35203
Telephone:    205-324-4000
Facsimile:    205-326-1150
Email:        noticing@greenwaylaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 16th day of February, 2018, I electronically filed the foregoing with the Clerk of the Court in U.S. Bankruptcy Court, Northern District of Alabama, by using the CM/ECF system, which will send notice of electronic filing to the following:

Joshua H. Threadcraft
BURR & FORMAN, LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone:    205-251-3000
Facsimile:    205-413-8701
*Attorney for Defendant Covington Credit of Alabama, Inc.*

Bradford W. Caraway
Chapter 13 Standing Trustee
PO Box 10848
Birmingham, AL 35202
Telephone:    205-323-4631

/s  Paula Greenway
OF COUNSEL

31029737 v1